

Kevin Zimmerman
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10006
Kevin.Zimmerman@lewisbrisbois.com
Direct: 646.666.7695

May 1, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:5/1/2026
```

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: **Honorable Mary Kay Vyskocil**

Re:    *Marie Dorvily v. Lyft, Inc.*
       1:26-cv-2757
       Our File No. 37586.5755

My office represents defendant Lyft, Inc. ("Lyft") in the above-referenced matter.

At this time, we respectfully write to request a brief extension of time, up to and including May 8, 2026, to respond to the Court's Order to Show Cause, dated April 24, 2026.

The undersigned has been engaged in mediations over the past two days and would like a few more days to respond.  This is Defendant's first request for an extension of this deadline. The undersigned has conferred with Plaintiff's counsel, Clifford Gable, who has consented to the requested extension and confirmed that he will be filing a notice of appearance in this matter.

Thank you for your attention to this matter.

Very truly yours,

*Kevin Zimmerman*
Kevin Zimmerman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

KZ:BGS

Cc:

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • O• SYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

175971143.1

Page 2

All Parties *via CM/ECF*

**Granted. SO ORDERED.**

Defendant's request is untimely under this Court's Individual rules. *See* Individual Rules of Practice in Civil Cases § 2.G. Nonetheless, the request is granted.

Date: 5/1/2026

New York, New York

Mary Kay Vyskocil

United States District Judge